*Decree need not contain an award of an execution for costs.*

The illegal charges embraced in the notice for retaxation, and which should be disallowed, amount to $16.44; which sum must be deducted from the bill as taxed. And as the complainant has only succeeded as to a part of the items as to which he asked for a retaxation, neither party is to have costs as against the other upon this application.

*Emily W. Pattison v. Elias Pattison.* J. BENEDICT, for complainant. Decree for divorce, on the ground of adultery, with costs. Custody of child awarded to wife, with liberty to her to apply for an allowance for alimony, and for the support of the child.

*John B. Stevenson v. Hay Stevenson et al.* W. SILLIMAN, for appellant; H. MAXWELL, for respondent. Order appealed from affirmed with costs.

*William McGeoch et al. v. Alexander Bullions et al.* M. FAIRCHILD, for complainants; C. L. ALLEN, for defendants. Application to dismiss the appeal of the defendants so far as relates to the part of the decree which had been performed, and for leave to proceed with the reference ordered by the vice-chancellor pending the appeal. Decided, that where an appeal calls in question the principles upon which an account directed by the decree appealed from is to be taken, as well as the liability of the appellants to account at all, the chan-

*Passing an account pending on appeal.*

4*

cellor will not allow such account to be taken before the appeal is disposed of; without at least requiring the respondents to stipulate to pay all the expenses of taking such account, in case the decree shall be reversed or modified in any respect, so as to require the account to be taken anew.

Application denied, with $10 costs.